251 SNYDER vs. CIRCUIT JUDGE (St. Clair), No. 14960½.

To quash an information filed under Act No. 99, of the Laws of 1889, entitled "An Act to provide for the punishment of crimes in certain cases," on the ground that the title does not express the object of the enactment.

Order to show cause denied June 21, 1895, on the ground that a writ of error is the more appropriate remedy.

252 SMITH vs. CIRCUIT JUDGE (Kalamazoo), No. 15496½.

To quash an information charging relator with perjury.

Order to show cause denied March 24, 1896.

Ruled by People vs. Thompson, 2. D. L. N., 966; 66 N. W., 478. No. 226.

253 LIBHART vs. CIRCUIT JUDGE (Calhoun), No. 11920½.

To compel respondent to quash an information.

Order to show cause denied May 5, 1891.

Relator was informed against under Section 13, of Act No. 313, Laws of 1887. His contention was, that said section in so far as it referred to an Indian, or person of Indian descent, is not covered by the title, and that the same is in violation of the Constitution of this State, and that of the United States.